1  LAW OFFICES OF STUART E. FAGAN
   STUART E. FAGAN, State Bar No. 152732
2  P.O. Box 503741
   San Diego, California 92150-3741
3  Telephone: (858) 220-9601
   Facsimile: (858) 676-5339
4  Email: fairhousinglawyer@sbcglobal.net

5  Attorneys for Plaintiffs

**FILED**

AUG 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC TREMPEL and MELISSA TREMPEL,, <br><br> Plaintiffs, <br><br> v. <br><br> CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as, COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation, <br><br> Defendants. | No.1:11-CV-00417-OWW-DLB <br><br> STIPULATION TO ELECT REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271 <br><br> Judge:    Oliver W. Wanger |

Pursuant to Local Rule 271, the parties in the above-entitled action, by and through their respective attorneys of record, hereby stipulate and agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

1

1 | Dated: July 27, 2011

LAW OFFICES OF
STUART E. FAGAN

By: /s/ Stuart E. Fagan
Stuart E. Fagan
Attorneys for Plaintiffs

6 | Dated: July 27, 2011

HANGER, STEINBERG, SHAPIRO & ASH

By: /s/ Lisa Mead
Lisa Mead
Attorneys for Defendants

11 | IT IS SO ORDERED.

13 | Dated: 8-26-11

U.S. District Judge