1 | LAW OFFICES OF STUART E. FAGAN
  | STUART E. FAGAN, State Bar No. 152732
2 | P.O. Box 503741
  | San Diego, California 92150-3741
3 | Telephone: (858) 220-9601
  | Facsimile: (858) 676-5339
4 | Email: fairhousinglawyer@sbcglobal.net
5 | Attorneys for Plaintiffs

**FILED**

AUG 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC TREMPEL and MELISSA TREMPEL,,<br><br>Plaintiffs,<br><br>v.<br><br>CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as, COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation,<br><br>Defendants. | No.1:11-CV-00417-OWW-DLB<br><br>STIPULATION TO ELECT REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271<br><br>Judge:    Oliver W. Wanger |

Pursuant to Local Rule 271, the parties in the above-entitled action, by and through their respective attorneys of record, hereby stipulate and agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

1

| | | |
|---|---|---|
| 1 | Dated: July 27, 2011 | LAW OFFICES OF STUART E. FAGAN |
| 2 | | |
| 3 | | |
| 4 | | By: _____ <br> Stuart E. Fagan <br> Attorneys for Plaintiffs |
| 5 | | |
| 6 | Dated: July 27, 2011 | HANGER, STEINBERG, SHAPIRO & ASH |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Lisa Mead <br> Attorneys for Defendants |
| 10 | | |
| 11 | IT IS SO ORDERED. | |
| 12 | | _____ |
| 13 | Dated: 8-26-11 | U.S. District Judge |

2