UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TREMPEL,<br><br>        Plaintiff,<br><br>vs.<br><br>CLOVIS COVENTRY PLACE, L.P., *et al.,*,<br><br>        Defendants.<br>_____ / | CASE NO. 1:11-cv-00417-BAM<br><br>**ORDER AFTER SETTLEMENT** |

Pursuant to the Court's Local Rule 271, the parties have filed a Notice of Completion of the Voluntary Dispute Resolution Program indicating that a settlement has been reached in this action. This Court ORDERS the parties, **no later than April 2, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety. *See* Local Rule 160.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:    **March 2, 2012**            **/s/ Barbara A. McAuliffe**
                                                       UNITED STATES MAGISTRATE JUDGE