**LAW OFFICES OF STUART E. FAGAN**
**STUART E. FAGAN, State Bar No. 152732**
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: **fairhousinglawyer@sbcglobal.net**

Attorneys for Plaintiffs
ERIC TREMPEL and MELISSA TREMPEL

**JODY STEINBERG, SBN 144564**
**LISA MEAD, SBN 188754**
**HANGER, STEINBERG, SHAPIRO & ASH**
**A Law Corporation**
**21031 Ventura Blvd., Suite 800**
**Woodland Hills, CA 91364-6512**
Email: **js@hssalaw.com** & **lm@hssalaw.com**
Phone: (818)226-1222
Fax: (818)226-1215

Attorneys for Defendants
CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as, COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ERIC TREMPEL and MELISSA TREMPEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation,<br><br>Defendants. | CASE NO. 1:11-CV-00417-BAM<br>(Assigned for all purposes to Magistrate Judge Barbara A. McAuliffe)<br><br>**STIPULATION AND ORDER TO CONTINUE DISMISSAL DATE** |

///

# ORDER

The parties hereby stipulate and agree to continue the date by which the parties must file appropriate papers to dismiss or conclude this action in its entirety. Voluntary Dispute Resolution was held on February 27, 2012, and the parties agreed to give the defendants 90 days from entry of the Consent Order to complete all necessary aspects of the settlement agreement. While the parties have worked with due diligence to complete all aspects of the settlement agreement, the parties are not yet in the place to dismiss or conclude this action in its entirety. Accordingly, the date to file dismissal papers is continued from April 2, 2012 to May 29, 2012.

The parties are ORDERED to file appropriate papers to dismiss or conclude this action in its entirety no later than May 29, 2012.

IT IS SO ORDERED.

Dated:   **April 3, 2012**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE