**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ERIC TREMPEL and MELISSA TREMPEL,<br><br>            Plaintiffs,<br><br>vs.<br><br>CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation,<br><br>            Defendants. | CASE NO. 1:11-CV-00417-BAM<br><br>**ORDER ON STIPULATION TO AMEND COMPLAINT** |

## **ORDER**

Based on the Stipulation of the parties (Doc. 39), IT IS HEREBY ORDERED:

1. That the Complaint of Plaintiffs ERIC TREMPEL and MELISSA TREMPEL is hereby amended to add minor Claimants T.T. and R.T. as Plaintiffs to the above-referenced action;

2. The Court finds that Plaintiff MELISSA TREMPEL is the mother and guardian of minors T.T. and R.T., has care and custody of said minors and resides together with minors T.T and R.T. at the same address. The Court therefore orders that Plaintiff

MELISSA TREMPEL is hereby appointed Guardian ad Litem for minors T.T and R.T. to effectuate settlement.

IT IS SO ORDERED.

Dated:   **May 23, 2012**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE