# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ERIC TREMPEL, MELISSA TREMPEL, T.T. and R.T, <br><br>Plaintiffs, <br><br>vs. <br><br>CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation, <br><br>Defendants. | CASE NO. 1:11-CV-00417-BAM <br><br>**ORDER APPROVING PETITION FOR COMPROMISE OF DISPUTED CLAIMS OF MINORS T. T. AND R.T.; DIRECTING BLOCKED ACCOUNT TO BE OPENED FOR MINORS' PROCEEDS** |

## ORDER

The Petition and Application of MELISSA TREMPEL (hereinafter called "Petitioner"), parent and guardian of minor Claimants T. T. and R. T., for approval of the proposed compromise of minor Claimants T. T. and R. T., as against Defendants CLOVIS COVENTRY PLACE, L.P. dba COVENTRY COVE APARTMENTS, and BUCKINGHAM PROPERTY MANAGEMENT, through Defendants insurance policy with CIBA INSURANCE SERVICES, and CLAIMS ADJUSTING GROUP, INC., having been filed and the evidence having been

considered by this Court, and good cause appearing therefore, the Court finds that the facts set forth in said Petition are true and that it is for the best interests of the minor Claimants that said claims be compromised and settled for the amounts hereinafter stated and that the proceeds of such settlement be paid and used in the manner hereinafter specifically provided;

**IT IS HEREBY ORDERED:**

1. That Petitioner MELISSA TREMPEL be appointed Guardian ad Litem for minor Claimant T. T. and minor Claimant R. T.;

2. That the Petition and Application is granted, that said compromises of minor Claimant T. T. and minor Claimant R. T. be and are hereby approved, and that upon payment of the sum of Five Hundred Dollars ($500.00) for minor Claimant T. T. and Five Hundred Dollars ($500.00) for minor Claimant R. T. (being the total amount of the settlement sums herein approved to said minors) in the manner herein provided, the Defendants and their insurance carrier shall be fully and forever released and discharged of and from all claims, charges and demands of said minor Claimants arising from the incident, accident, casualty or event as stated in said Petition;

3. Defendants CLOVIS COVENTRY PLACE, L.P. dba COVENTRY COVE APARTMENTS, and BUCKINGHAM PROPERTY MANAGEMENT, by and through Defendants' insurance policy with CIBA INSURANCE SERVICES, and CLAIMS ADJUSTING GROUP, INC., shall disburse the proceeds of the settlements hereby approved in the following manner:

   (i.) The settlement proceeds for minor Claimant T. T., to wit Five Hundred Dollars ($500.00), are to be disbursed by a check or draft made payable to Petitioner MELISSA TREMPEL as trustee for minor T. T. for deposit into a blocked account.

   (ii.) The settlement proceeds for minor Claimant R. T., to wit Five Hundred

Dollars ($500.00), are to be disbursed by a check or draft made payable to Petitioner MELISSA TREMPEL as trustee for minor R. T. for deposit into a blocked account.

(iii.)  Each check shall be delivered solely to plaintiffs' counsel for deposit into the blocked account as described in this order.

4. Plaintiffs' counsel shall cause Claimants' proceeds ($500.00 each) to be deposited into individual FDIC or NCUA insured accounts held in the name of the respective Claimant. The depository institute may be selected by the Guardian ad Litem, Petitioner MELISSA TREMPEL.  To the extent possible, the Accounts should be interest bearing accounts.

5. Said accounts shall be blocked, so that no withdrawal of principal or interest can be made prior to the respective Claimant's reaching the age of 18, unless a written order is obtained from this Court.  The money on deposit is not subject to escheat.

6. Upon the respective Claimant's attaining the age of 18, his or her account shall be unblocked without further order of this Court. Claimant T.T. is currently nine years old and will reach the age of majority in the year 2021.  Claimant R.T. is currently six years old and will reach the age of majority in the year 2024.

7. Plaintiffs' counsel shall provide said respective Claimant's bank or credit union with a copy of this Order, and shall, within 60 days, file with the Court a declaration verifying the opening of said blocked account.

8. Bond is waived.

/////

/////

/////

/////

/////

/////

3
ORDER APPROVING COMPROMISE OF MINORS' CLAIMS

9. Petitioner is hereby authorized and directed to execute and deliver to counsel for Defendants a full, complete, and final release and discharge of any and all claims and demands of said minor Claimants by reason of the incident, accident, casualty or event as stated in said Petition and the resultant injuries and damages to said minor Claimants.

IT IS SO ORDERED.

Dated:   **May 23, 2012**                                     /s/ *Barbara A. McAuliffe*

                                                     UNITED STATES MAGISTRATE JUDGE