# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ERIC TREMPEL and MELISSA TREMPEL, <br><br> Plaintiffs, <br><br> vs. <br><br> CLOVIS COVENTRY PLACE, L.P., a California Limited Partnership, doing business as COVENTRY COVE APARTMENTS; BUCKINGHAM PROPERTY MANAGEMENT, a California Corporation, <br><br> Defendants. | CASE NO. 1:11-CV-00417-BAM <br><br> **ORDER OF DISMISSAL** |

## ORDER

Based on the stipulation of the parties (Doc. 44), Plaintiffs' Complaint is dismissed with prejudice. The Court will retain jurisdiction over this matter to enforce the terms and conditions of the Consent Order and Release of All Claims (Doc. 33), as well as the Petition to Compromise Minor's Claims (Doc. 31, 43). The Clerk is instructed to close this case.

IT IS SO ORDERED.

Dated: **May 24, 2012**       /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE

---
ORDER ON STIPULATION RE DISMISSAL